IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN THE MATTER OF:

JEFFREY SCOTT HAUK AND     CASE NO. 08-3769-AJM-13
MANDY ANN HAUK

DEBTORS.

JEFFREY SCOTT HAUK AND     Adversary Proc. No.08-50359
MANDY ANN HAUK
                Plaintiffs,

vs

CHASE HOME FINANCE,
                Defendant,

## JOINT STIPULATED DISMISSAL OF PLAINTIFF'S ADVERSARY COMPLAINT

The Plaintiffs, by counsel, and Defendant, by counsel, stipulate and agree to the dismissal of Plaintiff's Adversary Complaint. Parties have fully resolved this dispute concerning the Alleged Violations and all claims of every nature whatsoever arising from this action or related to this action, with prejudice, costs paid.

LAW OFFICE MARK ZUCKERBERG       BOSE, MCKINNEY & EVANS LLP

By:_____       By:_____
Mark S. Zuckerberg #13815-49       David J. Jurkiewicz #18018-53
Attorneys for Plaintiffs                      Attorneys for Defendant

333 N. Pennsylvania Street Suite 100       111 Monument Circle Suite 2700
Indianapolis, Indiana 46204                  Indianapolis, IN 46204